396 P.3d 1158

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Walter BROWN, Defendant-Appellant**

**NO. CAAP-15-0000354**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 13-1-1006)

## MEMORANDUM OPINION

Affirm.

396 P.3d 1158

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Giang PHAM, Defendant-Appellant**

**NO. CAAP-16-0000404**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 15-1-0808)

## MEMORANDUM OPINION

Affirm.

396 P.3d 1158

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Certificateholders of Soundview Home Loan Trust 2006-OPT2, Asset-backed Certificates, Series 2006-OPT2, a National Banking Association, Plaintiff-Appellee,**

v.

**Yvonne GARCIA, Winona Apuna; Marshall Alan Motia Mindoro; and Melina Kanoalani Mindoro, Defendants-appellants**

and

**John and Mary Does 1-10, Defendants**

**NO. CAAP-14-0000909**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CIVIL NO. 11-1-0258(3))

## SUMMARY DISPOSITION ORDER

Vacate and remand.